1  ANDRE BIROTTE JR.
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   MARK AVEIS (Cal. Bar No. 107881)
4  Assistant United States Attorney
   1100 United States Courthouse
5  312 North Spring Street
   Los Angeles, California 90012
6  Telephone: (213) 894-4477
   Facsimile: (213) 894-6269
7  E-mail: mark.aveis@usdoj.gov
   Attorneys for Real Party in
8  Interest the United States Attorney
   for the Central District of
9  California

~~COURTESY COPY~~

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                     WESTERN DIVISION

13  IN RE GRAND JURY              )   No. CV 09-08184-AHM (MANx)
    TRANSCRIPTS IN THE MATTER OF  )
14  THE INVESTIGATION OF ANDREW   )   [proposed] ORDER DISMISSING
    LUSTER'S FLIGHT TO AVOID      )   ACTION
15  PROSECUTION                   )
                                  )
16                                )
                                  )
17                                )
                                  )
18  _____)

19       Based upon the parties' stipulation, and good cause

20  appearing,

21       IT IS HEREBY ORDERED that the above-entitled action is

22  hereby DISMISSED.

23  Dated: March 12, 2010

                              _____
24                            Hon. A. Howard Matz
                              U.S. District Judge

25

26

27

28